# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sohan Lal

**Plaintiff,**

**V.**

see attached

**Defendant.**

**Civil Action No.** 26-cv-01545-DMS-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted. All litigation in this matter has concluded.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-01545-DMS-JLB

Respondents

Jeremy Casey
Warden of the Imperial Regional Detention Center

Todd Lyons
Acting Director of Immigration and Customs Enforcement

Markwayne Mullin
Acting Secretary of the U.S. Department of Homeland Security

Pamela Bondi
Attorney General of the United States